## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WISCONSIN

**In re:**

**Gary C. Sukowatey and**                      Case No. 25-11435-cjf
**Nancy A. Sukowatey,**                           Chapter 13

                         **Debtors.**

### NOTICE OF APPEAL

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): *Town of Warren*

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☒ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

**Part 2: Identify the subject of this appeal**

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:

   *Decision and Order denying the Town's Motion for Determination of Inapplicability of Automatic Stay or, in the alternative, for Relief from the Automatic Stay (see attached)*

2. State the date on which the judgment—or the appealable order or decree—was entered:

   *November 21, 2025*

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

Party: Town of Warren

Attorney:
William E. Wallo, Attorney No. 1029646
Timothy J. O'Brien, Attorney No. 1003571
Bakke Norman, S.C.
7 South Dewey Street, Suite 220
Eau Claire, WI  54701
(715) 514-4258
wwallo@bakkenorman.com

Party:
Gary C. Sukowatey and Nancy A. Sukowatey

Attorney:
Chad E. Kemp, Attorney No. 1061621
Krekeler Law, S.C.
26 Schroeder Court, Suite 300
Madison, WI 53701
(608)255-8555

**Part 4: Omitted as inapplicable**

**Part 5: Sign below**

   /s/ William E. Wallo                    Date: December 2, 2025
William E. Wallo, Attorney No. 1029646
Timothy J. O'Brien, Attorney No. 1003571
Bakke Norman, S.C.
7 South Dewey Street, Suite 220
Eau Claire, WI  54701
(715) 514-4258
wwallo@bakkenorman.com

*Attorneys for Appellant, Town of Warren*

**THIS ORDER IS SIGNED AND ENTERED.**

Dated: November 21, 2025

_____
Hon. Catherine J. Furay
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

*In re*:

GARY C. SUKOWATEY and
NANCY A. SUKOWATEY,

Case No. 25-11435-13

Debtors.

### ORDER ON TOWN OF WARREN'S
### MOTION FOR DETERMINATION OF INAPPLICABILITY OF
### AUTOMATIC STAY OR, IN THE ALTERNATIVE, FOR RELIEF FROM
### AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)
### WITH RESPECT TO THE COMMERCIAL PROPERTY

The Court has today issued its decision on the Motion by Town of Warren for Determination of Inapplicability of the Automatic Stay or, in the Alternative, for Relief from Automatic Stay. For the reasons stated in the Court's decision,

IT IS HEREBY ORDERED that Town of Warren's Motion is DENIED, provided, however, that a status/scheduling conference will be held on the motion for relief from stay on January 6, 2026, at 10:00 A.M.

###